RECEIVED
BY MAIL

JUL 1 2004

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Clerk of Court

United States District Court

Eastern District of Missouri

11 S.Tenth Street

St.Louis, Mo.63102

**FILED**

**JUL 1 6 2004**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**4: 04CV00888RWS**

July 13,2004

Dear Clerk:

Please find enclosed my writ of habeas corpus for filing purposes. The filing fee is proceeding this letter forthwith.

I did not want to send my filing fee with this letter because my writ would have been expose to this institution and I have been having conflicts with Potosi's Mailroom staff.

I wasn't able to secure the necessary copies to accompany this original writ. Please if it is not a burden, please copy this writ and filing the necessary copies with this Court. I have also enclosed an forma pauperis motion just to accompany this writ, but the five (5) dollar filing fee is coming forthwith.

Respectfully submitted,