Marcellus Williams, #1163729
H.U. 6B-49
Potosi Correctional Center
11593 Highway O
Mineral Point, Mo. 63660

RECEIVED BY MAIL

RECEIVED
JUL 16 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MAILED FROM
POTOSI
CORRECTIONAL CENTER

Hon. Clerk of Court
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Mo. 63102

Dated: 7/13/2004    63102+1123 03

4: 04CV00888RWS