# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARCELLUS S. WILLIAMS, SR.,    )

                        )

      Petitioner,          )

                        )

     v.                 )    Case no. 4:04-CV-888 RWS/TIA

                        )

DON ROPER, Superintendent,     )

                        )

      Respondent.       )

## NOTICE OF EXHIBIT FILING

Respondent's Exhibits A through I, which are attachments to respondent's response to this Court's Show Cause Order, exceed twenty-five pages in length and thus are in paper form only and are being maintained in the Clerk's Office.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

/s/ Andrew W. Hassell
ANDREW W. HASSELL
Assistant Attorney General
Missouri Bar No. 53346

P. O. Box 899
Jefferson City, MO  65102
(573) 751-3321
(573) 751-3825 Fax
**andrew.hassell@ago.mo.gov**

*Attorneys for Respondent*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the  foregoing was  mailed, postage prepaid, this 15th day of October, 2004, to the following, who does not participate in this Court's ECF system:

Mr. Marcellus S. Williams, Sr., Reg. No. 163729
Potosi Correctional Center
Route 2, Box 2222
Mineral Point, Missouri  63660


/s/ Andrew W. Hassell
ANDREW W. HASSELL
Assistant Attorney General