| | | |
|---|---|---|
| MARCELLUS S. WILLIAMS, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case no. 4:04-CV-888 RWS/TIA |
| | ) | |
| DON ROPER, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

## **NOTICE OF EXHIBIT FILING**

Respondent's Exhibits A through J, which are attachments to respondent's response to this Court's Show Cause Order, exceed twenty-five pages in length and thus are in paper form only and are being maintained in the Clerk's Office.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

/s/ Andrew W. Hassell
ANDREW W. HASSELL
Assistant Attorney General
Missouri Bar No. 53346

P. O. Box 899
Jefferson City, MO  65102
(573) 751-3321
(573) 751-3825 Fax
**andrew.hassell@ago.mo.gov**

*Attorneys for Respondent*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and
correct copy of the foregoing
was mailed, postage prepaid,
this <u>15th</u> day of October, 2004,
to the following, who does not
participate in this Court's ECF system:

Mr. Marcellus S. Williams, Sr., Reg. No. 163729
Potosi Correctional Center
Route 2, Box 2222
Mineral Point, Missouri  63660

<u>/s/ Andrew W. Hassell</u>
ANDREW W. HASSELL
Assistant Attorney General