UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCELLUS S. WILLIAMS, SR., )
)
        Petitioner, )
)
v. )      Case No. 4:04CV888 RWS
)
DON ROPER, )
)
        Respondent. )

## **MEMORANDUM OPINION**

Petitioner Marcellus S. Williams, Sr., seeks a writ of habeas corpus. He alleges four

grounds for relief. I referred this matter to United States Magistrate Judge Terry I. Adelman for a

report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On July

16, 2007, Judge Adelman filed his recommendation that Williams' habeas petition should be

denied.

Williams timely filed objections to the Report and Recommendation and objects to the

recommendation that habeas relief be denied. I have conducted a de novo review of all matters

relevant to the petition. I find that Judge Adelman correctly analyzed Williams' grounds for

relief and correctly applied the law in reaching his recommendation. After careful consideration,

I will adopt and sustain the thorough reasoning of Judge Adelman and will deny Williams'

habeas petition.

I have also considered whether to issue a certificate of appealability. To grant a

certificate of appealability, the Court must find a substantial showing of the denial of a federal

constitutional right. *See* Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997). A substantial

showing is a showing that issues are debatable among reasonable jurists, a court could resolve

the issues differently, or the issues deserve further proceedings. Cox v. Norris, 133 F.3d 565,

569 (8th Cir. 1997) (citing <u>Flieger v. Delo</u>, 16 F.3d 878, 882-83 (8th Cir. 1994).

I believe that Williams has not made such a showing on the grounds raised in his petition. Therefore, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Marcellus S. Williams, Sr.'s Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2007.