UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCELLUS S. WILLIAMS, SR.,          )
                                      )
            Petitioner,               )
                                      )
v.                                    )          Case No. 4:04CV888 RWS
                                      )
DON ROPER,                            )
                                      )
            Respondent.               )

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of

Marcellus S. Williams, Sr. for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Williams has not made a substantial showing of a

denial of a constitutional right this Court will not issue a certificate of appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2007.